**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RANJIT SINGH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-3078-D** |
| | ) | |
| **ROBERT CERNA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER TO CURE DEFICIENCIES**

The Court has received the habeas corpus petition filed by counsel Sukhveer S. Girn on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel. Additionally, if counsel is not admitted to practice in this Court he must apply for admission pro hac vice under LCvR83.2(g). Once admitted, he must file an entry of appearance under LCvR83.4.

Counsel has also not paid the $5.00 filing fee or submitted a motion for leave to proceed in forma pauperis on Petitioner's behalf.

Counsel shall cure these deficiencies by **November 2, 2026**. Failure to comply with this Order may result in the Court dismissing this action.

**SO ORDERED** this 29th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE